■ GARLAND E. HUNTSMAN, Respondent-Appellant, v. MARGARET B. HENRY et al., Respondents, and FLOYD STARK, Appellant-Respondent. GARLAND E. HUNTSMAN, Respondent-Appellant, v. DELAWARE & HUDSON RAILROAD CORPORATION, Appellant-Respondent.— Judgment affirmed, without costs, on the opinion of Mr. Justice SIMPSON at Special Term. (42 Misc 2d 951.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.